**LEWIS BRISBOIS BISGAARD & SMITH** LLP
BRIAN C. VANDERHOOF, SB# 248511
  E-Mail: Brian.Vanderhoof@lewisbrisbois.com
KELSEY J. MOE, SB# 328815
  E-Mail: Kelsey.Moe@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant FORD MOTOR COMPANY

Michael G. Devlin, SBN 265365
**LAW OFFICES OF MICHAEL DEVLIN**
13101 W. Washington Blvd. Suite 139
Los Angeles, CA 90066
Telephone:  (310) 566-7240
Email:  michael@michaeldevlinlaw.com

Attorney for Plaintiffs CHRISTIAN JACOBO CRUZ AND MARIA RAMOS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN JACOBO CRUZ and MARIA RAMOS,<br><br>    Plaintiffs,<br><br>  vs.<br><br>FORD MOTOR COMPANY; and DOES 1 to 10,<br><br>    Defendants. | Case No. 5:23-CV-00846 DOC (SHKx)<br><br>Judge:   Hon. David O. Carter<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Filed:       April 7, 2023<br>Removed:   May 11, 2023 |

/ / /

/ / /

/ / /

127131399.1

Case No. 5:23-CV-00846 DOC (SHKx)

JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Christian Jacobo Cruz and Defendant Ford Motor Company, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 days.

Respectfully submitted,

Dated: July 21, 2023   **LAW OFFICES OF MICHAEL DEVLIN**

_____/s/ *Michael Devlin*_____
Michael Devlin
Attorney for Plaintiffs CHRISTIAN JACOBO CRUZ and MARIA RAMOS

Dated: July 21, 2023   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

_____/s/ *Brian C. Vanderhoof*_____
Brian C. Vanderhoof
Attorneys for Defendant,
FORD MOTOR COMPANY